USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/22/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGEL CHEVRESTT,

    Plaintiff,

v.

HEARST COMMUNICATIONS, INC.,

    Defendant.

No. 16-CV-5520 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 16, 2019, Plaintiff filed a motion for partial summary judgment. On September 30, 2019, Defendant filed a cross-motion for summary judgment, which also served as opposition to Plaintiff's motion for partial summary judgment. On October 17, Plaintiff requested a 10-day extension of time, until November 7, to file an opposition brief to Defendant's cross-motion for summary judgment. In that letter, Plaintiff noted that, "[a]s a result of the extension, Defendant's reply brief will be due on November 22, 2019." Dkt. 57. The Court granted Plaintiff's request for an extension on October 18.

To date, however, Plaintiff has not filed that opposition brief. Accordingly, the Court deems this motion fully briefed and submitted.

SO ORDERED.

Dated:   November 22, 2019
         New York, New York

Ronnie Abrams
United States District Judge